## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| HORBERG ENTERPRISES LIMITED PARTNERSHIP, AND HOWARD TODD HORBERG | : | No. 198 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| USA RECYCLING INDUSTRIES, INC., | : | |
| F/K/A VOYAGER PETROLEUM, INC., | : | |
| AND VINCENT SMITH | : | |
| | : | |
| | : | |
| PETITION OF: VINCENT SMITH | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.